■ NANCY KING, Appellant, v MORRISON, COHEN, SINGER & WEINSTEIN, et al., Respondents. [691 NYS2d 856] —Order, Supreme Court, New York County (Leland DeGrasse, J.),

entered May 7, 1998, unanimously affirmed for the reasons stated by DeGrasse, J., with costs and disbursements. No opinion. Concur—Nardelli, J. P., Wallach, Lerner, Andrias and Buckley, JJ.